IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CREDO EMMANUEL CREDOLAWSON,<br><br>      Debtor. | Case No. 14-64087-WLH<br><br>Chapter 7 |
| HOMELAND GROUP, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CREDO EMMANUEL CREDOLAWSON,<br><br>      Defendant. | Adversary No. 14-5336 |

**REPORT OF RULE 26(f) CONFERENCE**

The conference held pursuant to FED. R. CIV. P. 26(f) and BLR 7016-1 on **July 15, 2015**, which was attended by:

For Plaintiff: **Salu Kunnatha**

For Defendant: **Bret Chaness**

1. **Initial Disclosures**.  (Include one or more of the following, modified as appropriate.)

[ ]   The parties have made the initial disclosures required by FED. R. CIV. P. 26(a)(1).

[ X ]  The parties agree to provide disclosures as follow: **The parties agree to provide initial disclosures by July 31, 2015.**

[ ]   The parties have agreed not to make initial disclosures and to waive the requirements of FED. R. CIV. P. 26(a)(1) with regard to same.

2. **Discovery Plan**.  The parties jointly propose to the court the following discovery plan, subject to modification by the Court with the consent of the parties or for good cause shown: **The parties agree that there shall be no limitations on discovery except those limitations set forth in the Federal Rules of Civil Procedure and agree to complete discovery by October 30,**

1

**2015.**

3. **Other items**.

(a) The parties shall submit a consolidated pretrial order no later than **January 31, 2016.**

(b) Plaintiff will be allowed until **August 28, 2015** to file motions to join additional parties and until **August 28, 2015,** to file motions to amend the pleadings.

(c) Defendant will be allowed until **August 28, 2015** to file motions to join additional parties and until **August 28, 2015,** to file motions to amend the pleadings.

(d) All dispositive motions will be filed by **November 20, 2015**.

4. **Settlement Potential**.

(a) The parties [X] have [ ] have not discussed settlement.

(b) The parties [X] do [ ] do not intend to hold additional settlement conferences among themselves prior to the close of discovery. The proposed date of the next settlement conference is TBD.

(c) The parties [ ] have [ X ] have not considered alternative dispute resolution.

(d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures: [    ] Mediation; [  ] Judicial settlement conference; [    ] Early neutral evaluation; [    ] Other.

5. Identify any other matters regarding discovery or case management that may require the court's attention (*e.g.*, concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts). **None at this time.**

6. Any other matters not covered above: **None**.

7. The parties [ ] do [X] do not request a conference with the court prior to entry of the scheduling order. Any such conference may be [X]by telephone [X]in chambers [X] in court.

*/s/ Bret J. Chaness*  
BRET J. CHANESS (GA Bar # 720572)  
**RUBIN LUBLIN, LLC**  
3740 Davinci Court, Suite 150  
Peachtree Corners, GA 30092  
(678) 281-2730 (Telephone)  
(404) 921-9016 (Facsimile)  
bchaness@rubinlublin.com  
*Attorney for Defendant*

*/s/ Salu K. Kunnatha (by BJC w/ permission)*  
SALU K. KUNNATHA (GA Bar # 430321)  
P.O. BOX 29568  
Atlanta, GA 30359  
(404) 633-4200  
*Attorney for Plaintiff*