## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CREDO EMMANUEL CREDOLAWSON,<br><br>     Debtor. | Case No. 14-64087-WLH<br><br>Chapter 7 |
| HOMELAND GROUP, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>CREDO EMMANUEL CREDOLAWSON,<br><br>     Defendant. | Adversary No. 14-5336 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS AS TO WHICH NO GENUINE ISSUE EXISTS

COMES NOW, Credo Emmanuel Credolawson ("Mr. Credolawson"), Defendant in the above-styled action, and hereby files this Response to the Plaintiff's Statement of Facts as to Which No Genuine Issue Exists pursuant to B.L.R. 7056-1(a)(2), respectfully showing this Honorable Court as follows:

1.      Mr. Credolawson objects to the alleged facts contained in Paragraph 1 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).[1]

---

[1] LR 56.1(B)(1)(a) is a local rule of the district court. Pursuant to BLR 1001-3, the local rules of this Court supplement the rules of the district court.

1

2.      Mr. Credolawson objects to the alleged facts contained in Paragraph 2 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

3.      Mr. Credolawson objects to the alleged facts contained in Paragraph 3 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

4.      Mr. Credolawson objects to the alleged facts contained in Paragraph 4 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

5.      Mr. Credolawson objects to the alleged facts contained in Paragraph 5 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

6.      Mr. Credolawson objects to the alleged facts contained in Paragraph 6 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

7.      Mr. Credolawson objects to the alleged facts contained in Paragraph 7 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

8.      Mr. Credolawson objects to the alleged facts contained in Paragraph 8 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

9.      Mr. Credolawson objects to the alleged facts contained in Paragraph 9 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

10.      Mr. Credolawson objects to the alleged facts contained in Paragraph 10 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

11.      Mr. Credolawson objects to the alleged facts contained in Paragraph 11 as unsupported by a citation to evidence or the record, as required by L.R. 56.1(B)(1)(a) and Fed. R. Civ. P. 56(c)(3).

Respectfully submitted, this 11th day of January, 2016.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar # 720572)
**RUBIN LUBLIN, LLC**
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for Credo Emmanuel Credolawson*

3

### CERTIFICATE OF SERVICE

I hereby certify that I have, this 11th day of January, 2016, served counsel for the Plaintiff in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Salu K. Kunnatha
P.O. Box 29568
Atlanta, GA 30359

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)